**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CESAR MEDINA-JUAREZ ET AL.,<br><br>　　　　Defendant. | Case No. 2:24-cr-00103-JAD-DJA<br><br>PROPOSED ORDER |

**PROPOSED ORDER**

　　IT IS ORDERED that the sentencing hearing currently scheduled for June 23, 2025, at the hour of 11:00 a.m., be vacated and continued to June 25, 2025 at the hour of 10:00 a.m.

　　DATED this 15th day of April, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3