# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-103-JAD-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| OMAR ORTIZ NEGRETE,<br>    aka "Raul Guzman Ortiz," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Omar Ortiz Negrete, aka "Raul Guzman Ortiz," to the criminal offense, forfeiting the property set forth in the Stipulation to Modify the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Omar Ortiz Negrete pled guilty. Superseding Criminal Indictment, ECF No. 30; Bill of Particulars, ECF No. 37; Change of Plea, ECF No. 42; Plea Agreement, ECF No. 43; Stipulation to Modify Plea Agreement, ECF No. 44; Preliminary Order of Forfeiture, ECF No. 45.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from March 27, 2025, through April 25, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, Exhibits, ECF No. 57-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a black, privately manufactured 22-caliber pistol, no serial number;
2. a Mossberg 500, 12-gauge shotgun, serial number H858806;
3. a black AR-15 style firearm with a silencer/suppressor, no serial number;
4. Raven Arms .25-caliber pistol, serial number 775452; and
5. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Omar Ortiz Negrete and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED June 25, 2025.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE